JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON OMAR PERKINS,<br>Petitioner<br>v.<br>W.L. MONTGOMERY,<br>Respondent. | Case No. EDCV 15-1186-CJC (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: February 29, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE